EASTERN DIST.
*February*, 1837.

TOMPKINS
*vs.*
BRADFORD.

TOMPKINS *vs.* BRADFORD.

APPEAL FROM THE COURT OF THE THIRD JUDICIAL DISTRICT, THE
JUDGE OF THE EIGHTH PRESIDING.

The defendant appealed from a judgment in this case. There was no citation accompanying, or attached to the record, and none appeared to have been served or returned by the sheriff.

*Bradford*, for the plaintiff and appellee, moved to dismiss the appeal, on the ground that no legal citation had issued, or had been served in the case, nor had any original writ of citation been returned to this court.

*Penn, contra.*

Where the citation of appeal has not been returned by the sheriff, and does not accompany the record, the appeal will be dismissed.

*Martin, J.*, delivered the opinion of the court.

The dismissal of the appeal is prayed for on the ground that no legal citation was issued or served in the case, nor has any original been returned into this court.

The sheriff has made no return; the appeal must, therefore, be dismissed.